■ First Baptist Church of Long Beach New York, Inc., Appellant, v. City of Long Beach et al., Respondents, et al., Defendants.— In an action to set aside a tax deed, and for other related relief, plaintiff appeals from an order of the Supreme Court, Nassau County, dated January 22, 1960, granting the motion of defendants City of Long Beach and Foster E. Vogel (its Corporation Counsel) for summary judgment dismissing the complaint and severing the action as against them, pursuant to rule 113 of the Rules of Civil Practice; and granting the motion of said defendants to vacate plaintiff's notice to examine them before trial. Order affirmed, without costs. No opinion. Nolan, P. J., Beldock, Kleinfeld, Christ and Pette, JJ., concur.

■ Fishberg and London Bros., Respondents, v. Ferndale Farms, Inc., Appellant.— In an action to recover damages for breach of contract and for an alleged conspiracy in restraint of trade, defendant appeals from so much of an order of the Supreme Court, Kings County, dated July 25, 1960, as denies its motion to dismiss the complaint for lack of prosecution, and as grants plaintiffs' cross motion for leave to file a note of issue and a statement of readiness with leave to conduct at a future date an examination before trial of the defendant. Order, insofar as appealed from, affirmed, without costs. No opinion. Nolan, P. J., Beldock, Ughetta, Christ and Brennan, JJ., concur.